|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND** |

## CIVIL MINUTES -- GENERAL

Case No.  **CV 08-1053-JFW (PJWx)**                                            Date: May 14, 2008

Title:    Silverlit Toys Manufactory Ltd., et al. -v- Soft Air USA, Inc., et al

**PRESENT:**  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Kendra Bradshaw | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO NOTIFY COURT OF PARTIES' STIPULATION TO THE GRANTING OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)

As a result of counsels' failure to notify the Court on May 9, 2008 that they had stipulated to the granting of Plaintiffs and Counter-Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(1) ("Motion"), the Court expended unnecessary time in finalizing its Minute Order ruling on the Motion.

Accordingly, counsel for Plaintiffs and counsel for Defendants are ordered to show cause in writing, no later than **May 19, 2008** why they should not be sanctioned for their failure to notify the Court that a ruling on the pending Motion was unnecessary and for their failure to timely provide the Court with courtesy copies of the Joint Stipulation to Dismiss Defendants' First, Sixth and Seventh Counterclaims in accordance with the Court's standing order filed February 19, 2008.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk   kb